IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| TORRES-MARTINEZ, *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>DEPARTMENT OF EDUCATION OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | CIVIL NO. 23-1594 (JAG) |

## JUDGMENT

Pursuant to Parties' Confidential Settlement Agreement, Docket No. 37, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiffs' case without the imposition of attorney's fees or costs. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, January 27, 2025.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE